DAVID B. NEWDORF, State Bar #172960
david@newdorf.com
VICKI F. VAN FLEET, State Bar #164598
vicki@newdorf.com
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104
Telephone:    (415) 357-1234
Facsimile:    (866) 954-8448
E-Mail:       david@newdorf.com

Attorneys for Defendant
CITY OF RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TUCKER,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF RICHMOND, LT. CHARLES WHITNEY, DT. STINA JOHANSON, and DOES 1 to 50,<br><br>           Defendants. | Case No. 12-cv-01829 MEJ<br><br>**STIPULATION [AND** ~~PROPOSED~~ **ORDER] TO CONTINUE HEARING ON DEFENDANT'S PENDING MOTION TO DISMISS AND SET BRIEFING SCHEDULE**<br><br>Judge:    Hon. Maria-Elena James<br><br>Current Hearing Date:<br><br>           May 31, 2012<br><br>New Requested Hearing Date:<br><br>           June 14, 2012 |

05/03/2012  00:04    9259576734              LAW OFCS BEN GLEN                    PAGE  03/04
From: David Newdorf    Fax: [illegible]    To: Law Offices of Ben Glen    Fax: [illegible]    Page 3 of 4    5/3/2012 [illegible]
Case3:12-cv-01829-MEJ Document10 Filed05/04/12 Page2 of 3

# STIPULATION TO CONTINUE HEARING DATE
## AND SET BRIEFING SCHEDULE

WHEREAS Defendant City of Richmond filed a Motion to Dismiss which is currently set for hearing on May 31, 2012 at 10:00 a.m.

WHEREAS Plaintiff Aaron Tucker requests a two week extension, and Defendant City of Richmond does not oppose such request.

WHEREAS there have been no earlier requests for extension in this action, and no other hearing dates or deadlines will be affected.

NOW THEREFORE, the undersigned Parties STIPULATE, subject to Court approval, to continue the hearing date to June 14, 2012 at 10:00 a.m. in the Courtroom of the Hon. Maria-Elena James and further STIPULATE that the opposition brief shall be due on or before May 22, 2012 and the reply brief shall be due on or before May 29, 2012.

IT IS SO STIPULATED AND AGREED:

Dated: May 3, 2012

NEWDORF LEGAL

By: /s/
DAVID B. NEWDORF
Attorneys for Defendant City of Richmond

LAW OFFICES OF BEN GLEN

By: [signature]
BEN GLEN, ESQ.
Attorneys for Plaintiff Aaron Tucker

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234

## [~~PROPOSED~~] ORDER

FOR GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on Plaintiff City of Richmond's Motion to Dismiss [Fed R. Civ. P. 12 (b)(6)] is continued to June 14, 2012 at 10:00 a.m.

IT IS FURTHER ORDERED that the opposition brief shall be filed on or before May 22, 2012 and the reply brief shall be filed on or before May 29, 2012.

IT IS SO ORDERED.

Dated: May 4, 2012

_____
Honorable Maria-Elena James
Magistrate Judge