# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| AARON TUCKER, | No. C 12-01829 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING** |
| v. | |
| RICHMOND CITY OF, | |
| Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on June 14, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the June 14 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge