UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, LT. CHARLES WHITNEY, DT. STINA JOHANSON, and DOES 1 to 50,<br><br>Defendants. | Case No.: 12-cv-01829 MEJ<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge: GRANTED<br>Judge Maria-Elena James |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is voluntarily dismissed with prejudice, each party to bear its own costs and fees.

DATED: November 28, 2012

For Plaintiff Aaron Tucker:

DEBORAH HELLER
Law Offices of Ben Glen
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
(650) 260-3912

DATED: 11/27/2012

For Defendants City of Richmond,
Lt. Charles Whitney, Dt. Stina Johanson:

/s/ David B. Newdorf

David B. Newdorf
Newdorf Legal
220 Montgomery St., Suite 1850
San Francisco, CA 94104
(415) 357-1234