UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AARON TUCKER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, LT. CHARLES WHITNEY, DT. STINA JOHANSON, and DOES 1 to 50,<br><br>Defendants. | Case No.: 12-cv-01829 MEJ<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:  GRANTED<br>Judge Maria-Elena James |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is voluntarily dismissed with prejudice, each party to bear its own costs and fees.

DATED: November 28, 2012                          DATED: 11/27/2012

For Plaintiff Aaron Tucker:                        For Defendants City of Richmond,
                                                   Lt. Charles Whitney, Dt. Stina Johanson:

DEBORAH HELLER                                     /s/ David B. Newdorf
Law Offices of Ben Glen                            David B. Newdorf
2121 N. California Blvd., Suite 290                Newdorf Legal
Walnut Creek, CA 94596                             220 Montgomery St., Suite 1850
(650) 260-3912                                     San Francisco, CA 94104
                                                   (415) 357-1234

1